**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 2541 |

PAINTERS DISTRICT COUNCIL NO. 30 HEALTH & WELFARE FUND
v.
EVANSTON NORTHWESTERN HEALTHCARE CORP.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
EVANSTON NORTHWESTERN HEALTHCARE CORP., Defendant.

| |
|---|
| NAME (Type or print) |
| David E. Dahlquist |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David E. Dahlquist |
| FIRM |
| WINSTON & STRAWN LLP |
| STREET ADDRESS |
| 35 W. WACKER DRIVE |
| CITY/STATE/ZIP |
| CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6274771 | 312-558-5600 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐