# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

PAINTERS DISTRICT COUNCIL NO. 30
HEALTH & WELFARE FUND

CASE NUMBER: 08 CV 2541

V.

ASSIGNED JUDGE: JUDGE ANDERSEN

EVANSTON NORTHWESTERN
HEALTHCARE CORPORATION

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

EVANSTON NORTHWESTERN HEALTHCARE CORPORATION
c/o JEFFREY H HILLEBRAND
1301 CENTRAL STREET
EVANSTON, IL 60201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Jacqueline Holliman_

(By) DEPUTY CLERK

May 5, 2008

Date

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRCT OF ILLINOIS
CASE NO. **08 CV 2541**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

- ( **X** ) Summons & Complaint
- (   ) Citation to Discover Assets
- (   ) Rule to Show Cause
- (   ) Subpoena
- (   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( **X** ) On the within party, **Evanston Northwestern Healthcare Corporation, c/o Jeffrey Hillebrand** by leaving a copy with **Barbara Austin, Assistant to Jeffrey Hillebrand and Authorized Person**, on **May 13, 2008**, and informed that person of the contents thereof.

4. ( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**          RACE: **Caucasian**          APPROXIMATE AGE: **55-60**

5. ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **1301 Central Street, Evanston, IL 60201**
TIME OF DAY: **1:50 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **13**th day of **May 2008**.

OFFICIAL SEAL
HEIDI KOLING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/02/10

Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885