UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30 HEALTH & WELFARE FUND, on its own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>EVANSTON NORTHWESTERN HEALTHCARE CORP.,<br><br>    Defendant. | Case No. 08-CV-2541<br><br>Judge Andersen<br><br>Magistrate Judge Denlow |

**EVANSTON NORTHWESTERN HEALTHCARE'S MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

  Defendant Evanston Northwestern Healthcare Corporation ("ENH"), by and through its undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend the time to answer or otherwise plead from June 2, 2008 up to an including June 23, 2008. In support of its motion, Defendant states the following:

  1. The Complaint in this matter was served on May 13, 2008.

  2. On May 30, 2008, Defendant filed a Motion to reassign and consolidate this case with a case pending before Honorable Judge Joan Lefkow (*In re Evanston Northwestern Healthcare Antitrust Litigation*, Case No. 07-cv-4446). A copy of Defendant's Motion is attached hereto as Exhibit A.

  3. Defendant's Motion is scheduled to be heard by Judge Lefkow on June 12, 2008. If granted, this case would be reassigned and consolidated with several other related cases currently pending before Judge Lefkow.

4. Defendant requests that the time required to answer or otherwise plead be extended until after the date of that hearing.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests that the Court grant Defendant's Motion for an extension of time to answer or otherwise plead and allow Defendant up to an including June 23, 2008 to answer or otherwise plead.

Dated: May 30, 2008                                                 Respectfully submitted,

**WINSTON & STRAWN, LLP**

By:   /s/ Duane M. Kelley
Duane M. Kelley
Thomas A. Reynolds III
Dane A. Drobny
David E. Dahlquist
Scott C. Walton
35 West Wacker Drive
Chicago, IL  60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700
dkelley@winston.com
treynolds@winston.com
ddrobny@winston.com
ddahlquist@winston.com
swalton@winston.com

**CERTIFICATE OF SERVICE**

      David E. Dahlquist, an attorney, certifies that he caused a copy of the foregoing document to be served by electronic means, this 30 day of May 2008 to:

    Marvin A. Miller
    Matthew E. van Tine
    Lori A. Fanning
    Miller Law LLC
    115 S. LaSalle Street, Suite 2910
    Chicago, IL 60603
    Telephone: (312) 332-3400


                  /s/ David E. Dahlquist

# EXHIBIT A

Case 1:08-cv-02541    Document 14-2    Filed 05/30/2008    Page 1 of 6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In re Evanston Northwestern Healthcare Corporation Antitrust Litigation | ) ) ) ) ) ) ) | Master File No. 07-CV-4446<br><br>Judge Lefkow<br><br>Magistrate Judge Denlow |
| This Document Relates To:<br><br>PAINTERS DISTRICT COUNCIL NO. 30 HEALTH & WELFARE FUND, on its own behalf and on behalf of all others similarly situated,<br>               Plaintiff,<br><br>vs.<br><br>EVANSTON NORTHWESTERN HEALTHCARE CORP.,<br>               Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 08-CV-2541<br><br>Judge Anderson<br><br>Magistrate Judge Denlow |

**EVANSTON NORTHWESTERN HEALTHCARE'S MOTION
FOR REASSIGNMENT AND CONSOLIDATION**

Defendant Evanston Northwestern Healthcare Corporation ("ENH"), by and through its undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 42, Northern District of Illinois Local Rule 40.4, and Pretrial Order No. 1 to reassign and consolidate to this Court the related case pending before the Honorable Judge Wayne R. Andersen, and captioned as *Painters District Council No. 30 Health & Welfare Fund v. Evanston Northwestern Healthcare Corp.*, No. 08-CV-2541. In further support thereof, Defendant states as follows:

       1.       On May 5, 2008, Plaintiff Painters District Council No. 30 Health & Welfare

Fund filed a related case (the "*Painters District* case"). The *Painters District* case has been assigned to Judge Wayne R. Andersen (a copy of the *Painters District* Complaint is attached hereto as Ex. "A" pursuant to L.R. 40.4(c)).

2.     Consolidation under rule 42 of the Federal Rules of Civil Procedure is appropriate where there is a "common question of law or fact." *Fed. R. Civ. P.* 42(a); *see KPASA v. United States*, No. 04 C 109, 2004 U.S. Dist. LEXIS 8720, at *6-7 (N.D. Ill. May 13, 2004). A comparison of the Plaintiffs' Consolidated Amended Class Action Complaint filed in this case to the *Painters District* Complaint reveals that the substantive allegations of law and fact in both complaints are substantially the same, if not identical.

3.     Reassignment is appropriate where the requirements of Local Rule 40.4 are met. *Williams v. Walsh Construction*, No. 05 C 6807, 2007 U.S. Dist. LEXIS 3970, at *3-4 (N.D. Ill. Jan. 16, 2007).

4.     This motion for consolidation and reassignment is also in accordance with Pretrial Order No. 1 (Dkt. #42) which requires any party seeking to have another case related to this case to file an appropriate motion with the Court.

5.     The *Painters District* case is "related" under Local Rule 40.4(a) because (1) "the cases involve some of the same issues of fact or law;" and (2) "one or more of the classes involved in the cases is or are the same." L.R. 40.4(a). A comparison of the Plaintiffs' Consolidated Amended Class Action Complaint filed in this case to the *Painters District* Complaint reveals that each of these criteria is met.

6.     The *Painters District* case also satisfies the requirement for reassignment set forth in Local Rule 40.4(b) because: (1) both cases are pending in the United States District Court for the Northern District of Illinois; (2) judicial economy would be served by having both cases

heard by a single judge; (3) the case *sub judice* has not progressed to the point where designating the later filed *Painters District* case as related would be likely to delay the proceedings in this case substantially as a motion to dismiss is pending, no answer has yet been filed and discovery has been open for over two months; and (4) the cases are susceptible of disposition in a single proceeding. *See KPASA*, 2004 U.S. Dist. LEXIS, at *7-8.

7. Pursuant to Local Rule 40.4(c) this motion is properly being filed before the Court where the lowest numbered related case is pending. *See* L.R. 40.4(c).

8. In accordance with previous Orders issued by this Court, Defendant requests that Plaintiff Painters District Council No. 30 Health & Welfare Fund be bound by all prior Orders and Rulings of this Court.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests that the Court grant Defendant's Motion for Reassignment and Consolidation and enter an Order finding that this case is related under Local Rule 40.4 and that *Painters District Council No. 30 Health & Welfare Fund v. Evanston Northwestern Healthcare Corp.*, No. 08-CV-2541 be reassigned to this court and consolidated with *In re: Evanston Northwestern Healthcare Corporation Antitrust Litigation*, Master File No. 07-CV-4446.

Dated: May 30, 2008   Respectfully submitted,

**WINSTON & STRAWN, LLP**

**By:** ___/s/ Duane M. Kelley___
Duane M. Kelley
Thomas A. Reynolds III
Dane A. Drobny
David E. Dahlquist
Scott C. Walton
35 West Wacker Drive
Chicago, IL  60601
Tel:    (312) 558-5600
Fax:    (312) 558-5700
dkelley@winston.com
treynolds@winston.com
ddrobny@winston.com
ddahlquist@winston.com
swalton@winston.com

## **CERTIFICATE OF SERVICE**

David E. Dahlquist, an attorney, certifies that he caused a copy of the foregoing document to be served by electronic means, this 30 day of May 2008 to:

Mary Jane Edelstein Fait, Esq.
Theodore B. Bell, Esq.
Wolf Haldenstein Adler Freeman & Herz LLC
55 W. Monroe St., Suite 1111
Chicago, Illinois 60603
Fax: (312) 984-0000

Marvin A. Miller
Matthew E. van Tine
Lori A. Fanning
Miller Law LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400

Joseph Burns
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Suite 1720
Chicago, IL 60603
Telephone: (312) 372-1646


　　　　　　　　　　　　　　　　　　　　　　　　/s/ David E. Dahlquist