## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30 HEALTH & WELFARE FUND, on its own behalf and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>EVANSTON NORTHWESTERN HEALTHCARE CORP.,<br><br>     Defendant. | Case No. 08-CV-2541<br><br>Judge Anderson<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

To: SEE ATTACHED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on Thursday, June 5, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Anderson in the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **EVANSTON NORTHWESTERN HEALTHCARE'S MOTION FOR EXTENSION OF TIME**. A copy of the Motion is attached hereto and served upon you.

Dated: May 30, 2008

            Respectfully submitted,
            EVANSTON NORTHWESTERN HEALTHCARE

             /s/ Duane M. Kelley
            One of Its Attorneys

              Duane M. Kelley
              Thomas A. Reynolds III
              Dane Drobny
              David E. Dahlquist
              Scott C. Walton
              WINSTON & STRAWN LLP

35 West Wacker Drive  
Chicago, Illinois  60601  
Telephone: (312) 558-5600  
Facsimile: (312) 558-5700  
dkelley@winston.com  
treynolds@winston.com  
ddrobny@winston.com  
ddahlquist@winston.com  
swalton@winston.com

## **CERTIFICATE OF SERVICE**

David E. Dahlquist, an attorney, certifies that he caused a copy of the foregoing NOTICE OF MOTION to be served by electronic means this 30th day of May, 2008, to:

Marvin A. Miller
Matthew E. van Tine
Lori A. Fanning
Miller Law LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400


         /s/ David E. Dahlquist