Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 8 C 2541 | DATE | 6/5/2008 |
| CASE TITLE | Painters District Council No. 3 et al vs. Evanston Northwestern Healthcare Corp. | | |

**DOCKET ENTRY TEXT**

Enter order. Defendant's motion for extension of time [14] is granted. It is further ordered that the time for defendant to answer or otherwise plead is extended up to an including June 23, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials:  TSA