HHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30 HEALTH & WELFARE FUND, on its own behalf and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>EVANSTON NORTHWESTERN HEALTHCARE CORP.,<br><br>                Defendant. | Case No. 08-CV-2541<br><br>Judge Anderson<br><br>Magistrate Judge Denlow |

## [PROPOSED] ORDER

This matter coming to be heard on Defendant's Motion for Extension of Time, the parties having been heard, and the Court being fully informed, IT IS HEREBY ORDERED:

Defendant's Motion for Extension of Time [Dkt. No. 14] is GRANTED.

It is further ORDERED that the time for Defendant to Answer or otherwise plead is extended up to an including June 23, 2008.

Date: June 5, 2008

JOAN HUMPHREY LEFKOW
U.S. District Judge