# United States District Court
# Northern District of Illinois

In the Matter of

Painters District Council No. 30 Health & Welfare Fund

v.

Evanston Northwestern Healthcare Corporation

Case No. 08 C 2541

Designated Magistrate Judge
Morton Denlow

**FINDING OF RELATEDNESS PURSUANT TO
LOCAL RULE 40.4**

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Wayne R. Andersen** to be related to **07 C 4446** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Joan H. Lefkow

Dated: June 12, 2008

---

**ORDER OF THE EXECUTIVE COMMITTEE**

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Joan H. Lefkow**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge James F. Holderman

Dated: JUN 1 6 2008

Finding of Relatedness (Rev. 9/99)